**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6900**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

CHARLES EDWARD CALLIS, a/k/a BJ,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.  (4:00-cr-00016-RAJ-1)

Submitted: August 22, 2012          Decided: August 27, 2012

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Edward Callis, Appellant Pro Se.   Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Edward Callis appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Callis</u>, No. 4:00-cr-00016-RAJ-1 (E.D. Va. Apr. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>